

# MANDATE
# The Fourteenth Court of Appeals

NO. 14-13-00785-CV

In the Interest of Zachary Cardiff Sisk, an Adult Disabled Child

Appealed from the 257th District Court of Harris County. (Trial Court No. 2012-56772). Memorandum opinion delivered by Justice Boyce. Justices Jamison and Donovan also participating.

**TO THE 257TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on October 30, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal by appellant, Zachary Cardiff Sisk, from the order of dismissal in favor of appellees, Leslee Cardiff Sisk and Wallace T. Sisk, signed, June 7, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order of dismissal. We therefore order the order of dismissal of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Leslee Cardiff Sisk and Wallace T. Sisk.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, August 4, 2015.

**CHRISTOPHER A. PRINE, CLERK**